UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY KLENKE,

       Plaintiff,                  Case No. 1:21–cv–193

   v.                             Hon. Paul L. Maloney

MARIO CUNNINGHAM, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above–captioned case was filed in this court on February 26, 2021 .   The case has been assigned to Paul L. Maloney .

                                        CLERK OF COURT

Dated:  February 26, 2021       By:  /s/ P. Woods_____
                                                Deputy Clerk