UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY KLENKE,

    Plaintiff,

v.

    Case No. 1:21-cv-193

    HONORABLE PAUL L. MALONEY

MARIO CUNNINGHAM, et al.,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiff filed a waiver of service executed by Defendant Mario Cunningham on March 29, 2021 (ECF No. 4) and this defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that Plaintiff has failed to move for an entry of default against this defendant. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall, not later than **July 2, 2021**, move for an entry of default against Defendant Mario Cunningham or show cause in writing why the Court should not dismiss the case against Defendant Mario Cunningham for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated: June 18, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge